# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| JAMES LOGAN and NATHAN BAXTER, individually and on behalf of all others similarly situated,<br><br>              Plaintiffs,<br><br>v.<br><br>MARKER GROUP, INC.,<br>a Texas corporation,<br><br>              Defendant. | Civil Action No. 4:22-cv-00174 |

## MOTION TO DISMISS PLAINTIFFS' CLASS ACTION COMPLAINT

Defendant Marker Group, Inc., hereby moves pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) to dismiss Plaintiffs' Class Action Complaint. In the alternative, if the Court does not dismiss the Complaint, Defendant hereby moves pursuant to Federal Rule of Civil Procedure 12(f) to strike the immaterial and impertinent allegations concerning identity theft that have nothing to do with the parties or facts of this case. In support thereof, Defendant relies upon the accompanying Memorandum of Law.

Dated: April 1, 2022                   Respectfully submitted,

                              */s/ Amanda Harvey*
                              Amanda Harvey
                              TX Bar No. 24046038
                              SD Tex ID No. 915379
                              MULLEN COUGHLIN LLC
                              1452 Hughes Road, Suite 200
                              Grapevine, TX 76051
                              Phone: (267) 930-1697
                              Fax: (267) 930-4771
                              aharvey@mullen.law
                              *Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the 1st day of April, 2022, a true and correct copy of the foregoing document has been served upon all counsel of record via CM/ECF.

/s/ *Amanda Harvey*
Amanda Harvey