IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| JAMES LOGAN and NATHAN BAXTER, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>MARKER GROUP, INC., a Texas corporation,<br><br>      Defendant. | Civil Action No. 4:22-cv-00174 |

## [PROPOSED] ORDER

This matter having come before the Court on Defendant Marker Group, Inc.'s Motion to Dismiss Plaintiffs' Class Action Complaint, the Court, being otherwise sufficiently advised, hereby ORDERS that the Motion is GRANTED. Plaintiffs' Class Action Complaint is DISMISSED WITH PREJUDICE.

Dated: _____, 2022

                 _____
                 Lynn N. Hughes
                 United States District Judge