United States District Court
Southern District of Texas
**ENTERED**
September 12, 2022
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

James Logan, et al., §
§
§
Plaintiffs, §
§
versus § Civil Action H-22-174
§
§
Marker Group, Inc., §
§
Defendant. §

## Order on Dismissal

Because James Logan, et al, filed an amended complaint, Marker Group, Inc.'s, motion to dismiss is denied without prejudice. (11)

Signed on September 12, 2022, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge