UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

James Logan, et al.

v.　　　　　　　　　　　　　　　　　　Case Number: 4:22−cv−00174

Marker Group, Inc.

---

**Notice of Setting**

**A proceeding has been set in this case as set forth below.**

**BEFORE:**
**Judge Drew B Tipton**

**LOCATION:**
by video
Meeting Link:
*https://www.zoomgov.com/j/1610690763?pwd=Y1ZydDU3TWxIUDNla0FrSjVxN1FvUT09*
Meeting phone number: Dial by your location +1 669 254 5252 US (San Jose) +1 646 828 7666 US (New York)
Meeting ID: 161 069 0763
Meeting Password: 307095

United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 3/19/2025

**TIME:** 01:30 PM

**TYPE OF PROCEEDING:** Motion Hearing

RE: Motion to Strike − #33

Per L.R. 83.7 Except by leave of the presiding judge, no photo− or electro−mechanical means of recordation or transmission of court proceedings is permitted.

---

Date:　February 24, 2025　　　　　　　　　　　　　　　　　　　Nathan Ochsner, Clerk